Bernard G. McGUIRE and George M. Wilfong, Appellants, v. UNITED STATES of America, Appellee.

No. 10370.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1947.

Wencel A. Milanowski and Earl Waring Dunn, both of Grand Rapids, Mich., for appellants.

Joseph F. Deeb, of Grand Rapids, Mich., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

The special motion filed in this case on April 15, 1947, to incorporate as a part of the record that certain record in camera referred to therein is granted and the record referred to is ordered to be filed. And this cause coming on to be heard upon the entire record briefs and arguments of counsel, and the court being of the opinion that there is no reversible error on the record, it is therefore ordered and adjudged that the judgment appealed from, entered September 9, 1946, be and the same is

Affirmed.

Dorsey Willard McMAHAN, Petitioner and Appellant, v. UNITED STATES of America.

No. 13598.

Circuit Court of Appeals, Eighth Circuit.

July 28, 1947.

Dorsey Willard McMahan, pro se.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Petition for writ of certiorari under Title 28 U.S.C.A. § 225, denied for want of authority to issue the writ to the District Judge, and appeal from order of the District Court dated January 2, 1947, docketed and dismissed for want of diligent prosecution thereof.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. COATS LOADERS & STACKERS, Inc.

No. 13554.

Circuit Court of Appeals, Eighth Circuit.

May 9, 1947.

A. Norman Somers, Asst. Gen. Counsel, N. L. R. Board, of Washington, D. C., for petitioner.

George P. Comfort, of Des Moines, Iowa, for respondent.

PER CURIAM.

Order of Labor Board enforced, on stipulation of parties filed with Board and petition for enforcement.